UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER SANBORN                                CIVIL ACTION

VERSUS                                             NUMBER: 08-0702

N. BURL CAIN, WARDEN                               SECTION: "I"(5)


**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's motion to stay these proceedings is granted and the Clerk of Court is directed to mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court

retain jurisdiction over this matter and that petitioner is allowed to file a motion to reopen these proceedings within thirty (30) days after the Louisiana Supreme Court rules on his pending writ application.

New Orleans, Louisiana, this __4th__ day of February, 2009.

                                LANCE M. AFRICK
                       UNITED STATES DISTRICT JUDGE