UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER SANBORN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-0702** |
| **N. BURL CAIN, WARDEN** | **SECTION "I"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Christopher Sanborn, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Christopher Sanborn for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of June, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE